**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CHARLES ERIC JONES,

    Petitioner,

v.                                                                              Case No. 07-CV-12958-DT

CAROL HOWES,

    Respondent.
                                                  /

**OPINION AND ORDER DENYING PETITIONER'S
"MOTION FOR ORAL ARGUMENT"**

On July 16, 2007, Petitioner Charles Eric Jones filed a "Petition for Writ of Habeas Corpus," challenging the legality of his confinement. On the same day, Petitioner filed a "Motion for Oral Argument," in which he requests that the court schedule a hearing to address the merits of his petition. Petitioner "believes that oral argument would assist this Court in deciding the interesting questions presented in th[e] Petition." (Mot. at 2.)

Oral hearings in habeas corpus cases are not generally conducted. *See* E.D. Mich. LR 7.1(e). Although a response has not yet been filed to the Petition,[1] the court does not, at this point, find that oral argument is necessary. If, after reviewing the response, the court finds that oral argument will aid the court in its resolution of the issues, the court will schedule a hearing on its own initiative. At this point, however, the motion will be denied.

---

[1]The response is not due until March 19, 2008. (*See* 9/07/07 Order.)

For the reasons stated above, IT IS ORDERED that Petitioner's "Motion for Oral Argument" [Dkt. # 2] is DENIED.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: February 15, 2008


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 15, 2008, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522