UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLIE JONES,

     Petitioner,

v.                                         Case No. 07-12958

CAROL HOWES,

     Respondent.
                                                    /

**JUDGMENT**

In accordance with the court's "Opinion and Order (1) Striking Petitioner's Second Set of Objections; (2) Overruling Defendant's Objections; (3) Adopting the Magistrate Judge's Report and Recommendation; (4) Denying Petition for Writ of Habeas Corpus; and (5) Declining to Issue Certificate of Appealability," dated January 28, 2010,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Carol Howes and against Petitioner Charlie Jones.  Dated at Detroit, Michigan, this 28th day of January 2010.


                                                       DAVID J. WEAVER
                                                      CLERK OF THE COURT

                                                      /s/Lisa Wagner
                                                      By: Lisa Wagner, Case Manager
                                                          to Judge Robert H. Cleland

S:\Cleland\JUDGE'S DESK\C2 ORDERS\07-12958.JONES.2254.Judgment.bsc.wpd